# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------
THE CIT GROUP/COMMERCIAL         :
SERVICES, INC.                   :
134 Wooding Avenue               :
Danville, VA 25241               :    CIVIL ACTION
                                 :
        Plaintiff,                :    DOCKET NO. 09-cv-0366
                                 :
   v.                            :
                                 :
CHELSEA CORP.                    :
5411 Walnut Street               :
Pittsburgh, PA 15232             :
                                 :
        Defendant.                :
                                 :
-------------------------------------------------
```

## ORDER

AND NOW, this __30th__ day of __Oct__, 2009, upon consideration of Plaintiff The CIT Group/Commercial Services, Inc.'s Motion for Entry of Default Judgment, it is hereby

ORDERED that judgment is entered in favor of The CIT Group/Commercial Services, Inc. and against Defendant Chelsea Corp. in the amount of $81,100.05, together with interest at the 6% statutory rate from March 3, 2009, for a total judgment of $84,344.05. Interest continues to accrue at a per diem rate of $13.52.

BY THE COURT:

_[signature]_

HON. GARY L. LANCASTER

#3225519 (149542.004)