UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CIT GROUP/COMMERCIAL SERVICES, INC.<br>134 Wooding Avenue<br>Danville, VA 25241 | :<br>:<br>:<br>: CIVIL ACTION |
| Plaintiff, | : DOCKET NO. 09-cv-0366 |
| v. | : |
| CHELSEA CORP.<br>5411 Walnut Street<br>Pittsburgh, PA 15232 | :<br>:<br>: |
| Defendant. | : |

## ORDER

AND NOW, this 24th day of Nov, 2009, upon consideration of Defendant Chelsea Corporation's Motion to Vacate Entry of Default Judgment, and the response thereto, of Plaintiff The CIT Group/Commercial Services, Inc., it is hereby

ORDERED that account of the settlement between the parties, the motion is DENIED WITHOUT PREJUDICE.

BY THE COURT:

_____
HON. GARY L. LANCASTER

#3232799 (149542.004)